## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Brianne Brafford, et al. v. State of California, et al.**
Case No.: **USDC Eastern 2:24-cv-03405-DC-SCR; lower court Placer Co Superior Court S-CV-0053563**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **December 10, 2024,** I served the attached **INITIAL CASE MANAGEMENT ORDER** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Dale K. Galipo, Esq.
Law Offices of Dale K. Galipo
Marcel F. Sincich, Esq.
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367-6479
dalekgalipo@yahoo.com
msincich@galipolaw.com
slaurel@galipolaw.com

*Counsel for Plaintiffs*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **December 10, 2024,** at Sacramento, California.

| Lois Buzbee-Osby | */s/ Lois Buzbee-Osby* |
| --- | --- |
| Declarant | Signature |

SA2024305317
38611736.docx