1
2
3
4
5

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

6

*Attorneys for Plaintiffs*

7

8

9

10

11

12

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

13

14

15
16
17

BRIANN BRAFFORD; H.D.B.; and
F.J.B.,

              Plaintiffs,

18

19

         v.

20
21
22

STATE OF CALIFORNIA, by and
through, CALIFORNIA HIGHWAY
PATROL; and DOES 1-10, inclusive,

23

              Defendants.

24

Case No. 2:24-cv-03405-DC-SCRx

[*Honorable Dena M. Coggins*]
Mag. Judge Hon. Sean C. Riordan

**DECLARATION OF PLAINTIFF,
BRIANN BRAFFORD,
INDIVIDUALLY AND AS
GUADIAN AD LITEM ON
BEHALF OF MINOR PLAINTIFFS
H.D.B. and F.J.B. PURSUANT TO
SECTION 377.32 OF THE
CALIFORNIA CODE OF CIVIL
PROCEDURE**

[Death Certificate *filed concurrently herewith*)

25

26

27

28

**DECLARATION OF PLAINTIFF BRIANNE BRAFFORD PURSUANT TO SECTION 377.32 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE**

I, BRIANN BRAFFORD, declare as follows:

1.     I am a competent adult over the age of eighteen (18) years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein. I make this declaration on my own behalf and as Guardian *Ad Litem* on behalf of minor Plaintiffs H.D.B. and F.J.B.

2.     Decedent TRAVIS BRAFFORD, died on September 17, 2022, in the County of Placer, California.

3.     I am the surviving wife of the decedent.

4.     Minor Plaintiffs H.D.B. and F.J.B. each are the surviving natural children of the decedent.

5.     No proceeding is now pending in California for administration of the decedent's estate. Further, no proceeding for admission of decedent's estate is pending in any other state court at this time.

6.     The declarants, BRIANN BRAFFORD, H.D.B. and F.J.B., are all the decedent's successors in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeed to the decedent's interest in the action or proceeding.

7.     No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding besides the equal rights of Plaintiffs BRIANN BRAFFORD, H.D.B. and F.J.B. Decedent has no other children besides minor Plaintiffs listed herein.

8.     A certified copy of decedent's death certificate is attached hereto as Exhibit "A."

1    I, BRIANN BRAFFORD, individually and as Guardian *Ad Litem*, declares

2  under penalty of perjury under the laws of the State of California and the United

3  States of America that the foregoing is true and correct.

4    Executed this 7th day of January 2025, in County of Sacramento, California.

5

6

7  _____

8    Briann Brafford, individually and as guardian *ad litem*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF BRIANN BRAFFORD INDIVIDUALLY AND AS GUARDIAN A*D LITEM*

# "EXHIBIT A"

# STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

## OFFICE OF VITAL STATISTICS
# COUNTY OF PLACER
AUBURN, CALIFORNIA 95603

### CERTIFICATE OF DEATH

STATE FILE NUMBER — LOCAL REGISTRATION NUMBER: 3202231003396

USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS

**DECEDENT'S PERSONAL DATA**

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | TRAVIS |
| 2. MIDDLE | LINCOLN |
| 3. LAST (Family) | BRAFFORD |
| AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | |
| 4. DATE OF BIRTH mm/dd/ccyy | 07/15/1983 |
| 5. AGE Yrs. | 39 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | MT |
| 10. SOCIAL SECURITY NUMBER | (redacted) |
| 11. EVER IN U.S. ARMED FORCES? | X YES |
| 12. MARITAL STATUS/SRDP 1st Time of Death | MARRIED |
| 7. DATE OF DEATH mm/dd/ccyy | 09/17/2022 |
| 8. HOUR (24 Hours) | 1417 |
| 13. EDUCATION – Highest Level/Degree | SOME COLLEGE |
| 14/15. WAS DECEDENT HISPANIC/LATINO/a/o/SPANISH? | YES |
| 16. DECEDENT'S RACE | X NATIVE AMERICAN |
| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | E-6 STAFF SERGEANT |
| 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | UNITED STATES MARINE CORPS |
| 19. YEARS IN OCCUPATION | 11 |

**USUAL RESIDENCE**

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE (Street and number, or location) | 9436 SHUMWAY DRIVE |
| 21. CITY | ORANGEVALE |
| 22. COUNTY/PROVINCE | SACRAMENTO |
| 23. ZIP CODE | 95662 |
| 24. YEARS IN COUNTY | 2 |
| 25. STATE/FOREIGN COUNTRY | CA |

**INFORMANT**

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | BRIANN MARIE BRAFFORD, WIFE |
| 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) | 9436 SHUMWAY DRIVE, ORANGEVALE, CA 95662 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST | BRIANN |
| 29. MIDDLE | MARIE |
| 30. LAST (BIRTH NAME) | KISTLER |
| 31. NAME OF FATHER/PARENT—FIRST | HAROLD |
| 32. MIDDLE | JAMES |
| 33. LAST | BRAFFORD |
| 34. BIRTH STATE | SD |
| 35. NAME OF MOTHER/PARENT—FIRST | KATHRYN |
| 36. MIDDLE | SUE |
| 37. LAST (BIRTH NAME) | FISHER |
| 38. BIRTH STATE | MT |

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

| Field | Value |
|---|---|
| 39. DISPOSITION DATE mm/dd/ccyy | 09/29/2022 |
| 40. PLACE OF FINAL DISPOSITION | RES BRIANN BRAFFORD, 9436 SHUMWAY DRIVE, ORANGEVALE, CA 95662 |
| 41. TYPE OF DISPOSITION(S) | CREMATE/RESIDENCE |
| 42. SIGNATURE OF EMBALMER | DAWN D BAKER |
| 43. LICENSE NUMBER | EMB9581 |
| 44. NAME OF FUNERAL ESTABLISHMENT | FAST LAWN CEMETERIES FUNERAL HOMES CREMATION PREPLANNING |
| 45. LICENSE NUMBER | FD1242 |
| 46. SIGNATURE OF LOCAL REGISTRAR | ROBERT LEE OLDHAM, MD |
| 47. DATE mm/dd/ccyy | 09/26/2022 |

**PLACE OF DEATH**

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | SUTTER ROSEVILLE MEDICAL CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | X ER/OP |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | |
| 104. COUNTY | PLACER |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 1 MEDICAL PLAZA DR |
| 106. CITY | ROSEVILLE |

**CAUSE OF DEATH**

| Field | Value |
|---|---|
| 107. CAUSE OF DEATH — IMMEDIATE CAUSE (A) | GUNSHOT WOUNDS TO TORSO |
| 108. Time Interval Between Onset and Death | SECS |
| 107. DEATH REPORTED TO CORONER? | X YES |
| (injury number) | 1706584 |
| 109. BIOPSY PERFORMED? | X NO |
| 110. AUTOPSY PERFORMED? | X YES |
| 111. USED IN DETERMINING CAUSE? | X YES |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 | |
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? | UNK |
| 113A. IF FEMALE, PREGNANT IN LAST YEAR? | X UNK |

**PHYSICIAN'S CERTIFICATION**

| Field | Value |
|---|---|
| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | |
| 115. SIGNATURE AND TITLE OF CERTIFIER | |
| 116. LICENSE NUMBER | |
| 117. DATE mm/dd/ccyy | |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | |

**CORONER'S USE ONLY**

| Field | Value |
|---|---|
| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | |
| MANNER OF DEATH | Suicide — X Pending Investigation |
| 120. INJURED AT WORK? | |
| 121. INJURY DATE mm/dd/ccyy | |
| 122. HOUR (24 Hours) | |
| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) | |
| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) | |
| 125. LOCATION OF INJURY (Street and number, or location, and city and zip) | |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | NICHOLAS MORGAN |
| 127. DATE mm/dd/ccyy | 09/21/2022 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | NICHOLAS MORGAN, DEP CORONER |

CAPLACER01

### CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF PLACER

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Placer County Health and Human Services Department.

DATE ISSUED: 09 / 30 / 2022

000648407



ROBERT L. OLDHAM, MD
HEALTH OFFICER AND LOCAL REGISTRAR

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

