**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIANN BRAFFORD; H.D.B.; and F.J.B.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-03405-DC-SCRx<br><br>[*Honorable Dena M. Coggins*]<br>Mag. Judge Hon. Sean C. Riordan<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF BRIANN BRAFFORD FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR F.J.B.** |

1

[PROPOSED] ORDER RE BRIANN BRAFFORD APPLICATION FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF F.J.B.

# [PROPOSED] ORDER GRANTING APPLICATION OF BRIANN BRAFFORD FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF F.J.B.

This Court, having reviewed and considered the Application of Briann Brafford for Appointment as Guardian *Ad Litem* for minor Plaintiff F.J.B.; and the Consent of Nominee of Briann Brafford for Appointment as Guardian *Ad Litem* for minor Plaintiff F.J.B., and good cause appearing, it is hereby ordered as follows: Briann Brafford is hereby appointed as Guardian *Ad Litem* for minor Plaintiff F.J.B.

**IT IS SO ORDERED.**

DATED: _____

Honorable Dena M. Coggins

UNITED STATES DISTRICT COURT

2

[PROPOSED] ORDER RE BRIANN BRAFFORD APPLICATION FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF F.J.B.