**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANN BRAFFORD; H.D.B.; and F.J.B.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03405-DC-SCRx<br><br>[*Honorable Dena M. Coggins*]<br>Mag. Judge Hon. Sean C. Riordan<br><br>**CONSENT OF NOMINEE OF BRIANN BRAFFORD FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF H.D.B.**<br><br>(Fed. R. Civ. P. 17(c) and Cal Code Civ. Proc. §372)<br><br>[Application for Appointment as Guardian *ad litem*; Proposed Order *filed concurrently herewith*]<br><br>[Cal. Code Civ. Proc. §373] |

```
```

## CONSENT OF NOMINEE

I, Briann Brafford, the nominee and natural mother of H.D.B. who is a minor Plaintiff in the above-referenced action, consent to act as guardian *ad litem* for H.D.B. in the above-referenced action.

I declare, under penalty of perjury and under the laws of the State of California and United States of America, that the foregoing is true and correct.

Executed this 6th day of January 2025, in County of Sacramento, California.

_____
Briann Brafford

2

CONSENT OF NOMINEE BRIANN BRAFFORD FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF H.D.B.