**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANN BRAFFORD; H.D.B.; and F.J.B., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:24-cv-03405-DC-SCRx <br><br> [*Honorable Dena M. Coggins*] <br> Mag. Judge Hon. Sean C. Riordan <br><br> **DECLARATION OF PLAINTIFF, BRIANN BRAFFORD, INDIVIDUALLY AND AS GUADIAN AD LITEM ON BEHALF OF MINOR PLAINTIFFS H.D.B. and F.J.B. PURSUANT TO SECTION 377.32 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE** <br><br> [Death Certificate *filed concurrently herewith*] |

**DECLARATION OF PLAINTIFF BRIANNE BRAFFORD PURSUANT TO SECTION 377.32 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE**

I, BRIANN BRAFFORD, declare as follows:

1. I am a competent adult over the age of eighteen (18) years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein. I make this declaration on my own behalf and as Guardian *Ad Litem* on behalf of minor Plaintiffs H.D.B. and F.J.B.

2. Decedent TRAVIS BRAFFORD, died on September 17, 2022, in the County of Placer, California.

3. I am the surviving wife of the decedent.

4. Minor Plaintiffs H.D.B. and F.J.B. each are the surviving natural children of the decedent.

5. No proceeding is now pending in California for administration of the decedent's estate. Further, no proceeding for admission of decedent's estate is pending in any other state court at this time.

6. The declarants, BRIANN BRAFFORD, H.D.B. and F.J.B., are all the decedent's successors in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeed to the decedent's interest in the action or proceeding.

7. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding besides the equal rights of Plaintiffs BRIANN BRAFFORD, H.D.B. and F.J.B. Decedent has no other children besides minor Plaintiffs listed herein.

8. A certified copy of decedent's death certificate is attached hereto as Exhibit "A."

1  I, BRIANN BRAFFORD, individually and as Guardian *Ad Litem*, declares
2  under penalty of perjury under the laws of the State of California and the United
3  States of America that the foregoing is true and correct.
4  Executed this 7th day of January 2025, in County of Sacramento, California.

_____
Briann Brafford, individually and as guardian *ad litem*

# "EXHIBIT A"

# STATE OF CALIFORNIA

## OFFICE OF VITAL STATISTICS
## COUNTY OF PLACER
AUBURN, CALIFORNIA 95603

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA

STATE FILE NUMBER: 3202231003396

LOCAL REGISTRATION NUMBER:

**DECEDENT'S PERSONAL DATA**
1. NAME OF DECEDENT—FIRST (Given): TRAVIS
2. MIDDLE: LINCOLN
3. LAST (Family): BRAFFORD
4. DATE OF BIRTH: 07/15/1983
5. AGE Yrs.: 39
6. SEX: M
7. DATE OF DEATH: 09/17/2022
8. HOUR (24 Hours): 1417
9. BIRTH STATE/FOREIGN COUNTRY: MT
11. EVER IN U.S. ARMED FORCES?: X YES
12. MARITAL STATUS/SRDP: MARRIED
13. EDUCATION: SOME COLLEGE
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: (blank)
16. DECEDENT'S RACE: X NO NATIVE AMERICAN
17. USUAL OCCUPATION: E-6 STAFF SERGEANT
18. KIND OF BUSINESS OR INDUSTRY: UNITED STATES MARINE CORPS
19. YEARS IN OCCUPATION: 11

**USUAL RESIDENCE**
20. DECEDENT'S RESIDENCE: 9436 SHUMWAY DRIVE
21. CITY: ORANGEVALE
22. COUNTY/PROVINCE: SACRAMENTO
23. ZIP CODE: 95662
24. YEARS IN COUNTY: 2
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**
26. INFORMANT'S NAME, RELATIONSHIP: BRIANN MARIE BRAFFORD, WIFE
27. INFORMANT'S MAILING ADDRESS: 9436 SHUMWAY DRIVE, ORANGEVALE, CA 95662

**SPOUSE/SRDP AND PARENT INFORMATION**
28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: BRIANN
29. MIDDLE: MARIE
30. LAST (BIRTH NAME): KISTLER
31. NAME OF FATHER/PARENT—FIRST: HAROLD
32. MIDDLE: JAMES
33. LAST: BRAFFORD
34. BIRTH STATE: SD
35. NAME OF MOTHER/PARENT—FIRST: KATHRYN
36. MIDDLE: SUE
37. LAST (BIRTH NAME): FISHER
38. BIRTH STATE: MT

**FUNERAL DIRECTOR/LOCAL REGISTRAR**
39. DISPOSITION DATE: 09/29/2022
40. PLACE OF FINAL DISPOSITION: RES BRIANN BRAFFORD, 9436 SHUMWAY DRIVE, ORANGEVALE, CA 95662
41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE
42. SIGNATURE OF EMBALMER: DAWN D BAKER
43. LICENSE NUMBER: EMB9581
44. NAME OF FUNERAL ESTABLISHMENT: EAST LAWN CEMETERIES FUNERAL HOMES CREMATION PREPLANNING
45. LICENSE NUMBER: FD1242
46. SIGNATURE OF LOCAL REGISTRAR: ROBERT LEE OLDHAM, MD
47. DATE: 09/26/2022

**PLACE OF DEATH**
101. PLACE OF DEATH: SUTTER ROSEVILLE MEDICAL CENTER
102. IF HOSPITAL, SPECIFY ONE: X ER/OP
104. COUNTY: PLACER
105. FACILITY ADDRESS: 1 MEDICAL PLAZA DR
106. CITY: ROSEVILLE

**CAUSE OF DEATH**
107. CAUSE OF DEATH:
(A) IMMEDIATE CAUSE: GUNSHOT WOUNDS TO TORSO
Time Interval: SECS
108. DEATH REPORTED TO CORONER?: X YES
CORONER'S NUMBER: 1706584
109. BIOPSY PERFORMED?: X NO
110. AUTOPSY PERFORMED?: X YES
111. USED IN DETERMINING CAUSE?: X YES
112. OTHER SIGNIFICANT CONDITIONS: (blank)
113. WAS OPERATION PERFORMED: UNK
113A. IF FEMALE, PREGNANT IN LAST YEAR?: X NO

**CORONER'S USE ONLY**
119. MANNER OF DEATH: X Pending Investigation
120. INJURED AT WORK?: (blank)
123. PLACE OF INJURY: (blank)
124. DESCRIBE HOW INJURY OCCURRED: (blank)
125. LOCATION OF INJURY: (blank)
126. SIGNATURE OF CORONER / DEPUTY CORONER: NICHOLAS MORGAN
127. DATE: 09/21/2022
128. TYPE NAME, TITLE: NICHOLAS MORGAN, DEP CORONER

STATE REGISTRAR

CAPLACER01

### CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF PLACER

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Placer County Health and Human Services Department.

DATE ISSUED: 09/30/2022





ROBERT L. OLDHAM, MD
HEALTH OFFICER AND LOCAL REGISTRAR

000648407

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**