**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
LEEANN E. WHITMORE, State Bar No. 214870
 Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7515
 Fax:  (916) 322-8288
 E-mail:  LeeAnn.Whitmore@doj.ca.gov

*Attorneys for Defendants State of California by and through the California Highway Patrol*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNE BRAFFORD; H.D.B.; and F.J.B.,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: **2:24-CV-03405-DC-SCR**<br><br>[*Honorable Dena M. Coggins*]<br>Mag. Judge Hon. Sean C. Riordan<br><br>**STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**<br><br>[Redlined (Proposed) First Amended Complaint; Clean First Amended Complaint; and Proposed Order *filed concurrently herewith*]<br><br>**<u>Scheduling Conference</u>**<br>TBD |

**TO THE HONORABLE COURT:**

Plaintiffs BRIANNE BRAFFORD; H.D.B. and F.J.B. by and through their Proposed Guardian *ad litem*, Brianne Brafford; individually and as successors in interest to TRAVIS BRAFFORD, deceased (hereinafter "Plaintiffs") and Defendant STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL ("CHP") (hereinafter "Defendant"), by and through their attorneys of record, hereby stipulate as follows:

1. Plaintiffs may file a First Amended Complaint. The parties expressly stipulate that good cause exists for permitting the filing of the First Amended Complaint to name the involved CHP Officer as a Defendant in this case because no party will be prejudiced and because it will facilitate the efficient progress of this litigation.

2. A redlined copy of Plaintiffs' Proposed First Amended Complaint for Damages is attached hereto as "Exhibit A."

3. A "clean" copy of Plaintiffs' Proposed First Amended Complaint for Damages is attached hereto as "Exhibit B."

4. The First Amended Complaint will serve as the operative complaint in this above-referenced litigation.

5. Plaintiffs shall file the First Amended Complaint no more than seven (7) days after the date of the Court's order approving this stipulation.

6. Defendant CHP shall accept service of the First Amended Complaint via the electronic case filing system, and Plaintiffs shall serve the Defendant Officer directly.

7. Defendants' responsive pleading to Plaintiffs' First Amended Complaint shall be served and filed no more than twenty-one (21) days after the date of service of the Defendant Officer.

1 | **Respectfully submitted,**

2 | DATED: January 31, 2025          **LAW OFFICES OF DALE K. GALIPO**

By: /s/          *Marcel F. Sincich*
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq. [1]
*Attorneys for Plaintiffs*

DATED: January 31, 2025          ROB BONTA Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

By: /s/          *LeeAnn E. Whitmore*
LEEANN E. WHITMORE
Deputy Attorney General
*Attorneys for Defendants State of California by and through the California Highway Patrol*

---

[1] I, Marcel F. Sincich, hereby attest that all the signatories listed, and on whose behalf the filing is submitted, concur in the content of this Joint Scheduling Conference Report and have authorized its filing.