# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNE BRAFFORD; H.D.B.; and F.J.B., | Case No.: **2:24-CV-03405-DC-SCR** |
| Plaintiffs, | [*Honorable Dena M. Coggins*]<br>Mag. Judge Hon. Sean C. Riordan |
| vs. | **[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT** |
| STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; and DOES 1-10, inclusive, | |
| Defendants. | |

Having reviewed the parties' STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT and finding good cause therefrom, it is hereby ORDERED that:

1.    Within seven (7) days of this Order, Plaintiffs may file a First Amended Complaint in this action that reflects the true and correct name of Defendant DOE CHP Officer.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Honorable Dena M. Coggins
United States District Court Judge