**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANN BRAFFORD; H.D.B.; and F.J.B.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03405-DC-SCRx<br><br>[*Honorable Dena M. Coggins*]<br>Mag. Judge Hon. Sean C. Riordan<br><br>**APPLICATION OF CORRINE KISTLER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF F.J.B.**<br><br>**[Fed. R. Civ. P. 17(c) and Cal. Code Civ. Proc. §373]**<br><br>[Consent of Nominee to Appointment as Guardian *Ad Litem* and Proposed Order *filed concurrently herewith*) |

**APPLICATION OF CORRINE KISTLER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF F.J.B.**

1. F.J.B. is a minor Plaintiff in the above-referenced case.

2. F.J.B. was born on August 17, 2019, and is five (5) years old.

3. I, Corrine Kistler, am the grandmother of minor Plaintiff F.J.B.

4. Minor Plaintiff F.J.B. has claims, as alleged in the complaint filed in the herein action, arising out of the violation of his civil rights and his father's civil rights. On September 17, 2022, officer(s) working for the State of California, California Highway Patrol, shot and killed decedent Travis Brafford, the natural father of minor Plaintiff F.J.B.

5. Corrine Kistler is not a plaintiff in this matter; and has no interest potentially adverse to minor Plaintiff F.J.B.

6. Corrine Kistler is a resident of Orangevale, County of Sacramento, in the State of California.

7. Corrine Kistler is a responsible adult and fully competent to understand and protect the rights of said minor. *See* Consent of Nominee to Appointment as Guardian *ad litem* for F.J.B. filed concurrently herewith.

Plaintiff therefore respectfully requests an order appointing Corrine Kistler as Guardian *ad litem* for minor Plaintiff F.J.B.

DATED: February 27, 2025    By: _/s/ Corrine Kistler_
Corrine Kistler [proposed] guardian *ad litem*

DATED: February 27, 2025    **LAW OFFICES OF DALE K. GALIPO**

By:   /s/   Marcel F. Sincich
Dale K. Galipo
Marcel F. Sincich
*Attorneys for Plaintiffs*