**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANN BRAFFORD; H.D.B.; and F.J.B., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:24-cv-03405-DC-SCRx <br><br> [*Honorable Dena M. Coggins*] <br> Mag. Judge Hon. Sean C. Riordan <br><br> **CONSENT OF NOMINEE CORRINE KISTLER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF F.J.B** <br><br> [Fed R. Civ. P. 17(c) and Cal. Code Civ. Proc. § 373] <br><br> [*Application for Appointment as Guardian ad Litem* and *Proposed Order* filed concurrently herewith] |

## <u>CONSENT OF NOMINEE</u>

I, Corrine Kistler, the nominee and grandmother of F.J.B., who is a minor plaintiff in the above-referenced action, consent to act as Guardian *ad Litem* for F.J.B. in the above-referenced action. I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

Executed on February 27, 2025, in Orangevale, California.

_____
Corrine Kistler

1

CONSENT OF NOMINEE CORRINE KISTLER FOR APPOINTMENT AS GUARDIAN AD LITEM
FOR MINOR PLAINTIFF F.J.B.