# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANN BRAFFORD; H.D.B.; and F.J.B.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03405-DC-SCRx<br><br>[*Honorable Dena M. Coggins*]<br>Mag. Judge Hon. Sean C. Riordan<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF CORRINE KISTLER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR H.D.B.** |

## [PROPOSED] ORDER GRANTING APPLICATION OF CORRINE KISTLER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF H.D.B.

This Court, having reviewed and considered the Application of Grandmother Corrine Kistler for Appointment as Guardian *Ad Litem* for minor Plaintiff H.D.B.; and the Consent of Nominee of Grandmother Corrine Kistler for Appointment as Guardian *Ad Litem* for minor Plaintiff H.D.B., and good cause appearing, it is hereby ordered as follows: Grandmother Corrine Kislter is hereby appointed as Guardian *Ad Litem* for minor Plaintiff H.D.B.

**IT IS SO ORDERED.**

DATED: _____

Honorable Dena M. Coggins
UNITED STATES DISTRICT COURT