**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANN BRAFFORD; H.D.B.; and F.J.B., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:24-cv-03405-DC-SCRx <br><br> [*Honorable Dena M. Coggins*] <br> Mag. Judge Hon. Sean C. Riordan <br><br> **PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT** |

TO THIS HONORABLE COURT:

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of

the Summons and First Amended Complaint on Defendant State of California (attached hereto as Exhibit "A").

February 27, 2025                    LAW OFFICES OF DALE K. GALIPO

                                     By:   */s/ Marcel F. Sincich*
                                          Dale K. Galipo
                                          Marcel F. Sincich
                                          Attorney for Plaintiffs

# Exhibit A

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**Brianne Brafford , et al. ,**                                            CASE NO:  2:24–CV–03405–DC–SCR

                    vs.                                                                  **SUMMONS IN A CIVIL CASE**

**State of California , et al. ,**


TO:  **Michael Bolan**

Defendant's Address:


**YOU ARE HEREBY SUMMONED** and required to serve on:

>  **Marcel F. Sincich**
>  **Law Offices of Dale. K. Galipo**
>  **21800 Burbank Blvd, Suite 310**
>  **Woodland Hills, CA 91367**

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you**, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


**KEITH HOLLAND**
CLERK

**/s/  A. Woodson**
(By) DEPUTY CLERK

**ISSUED ON 2025–02–10 12:18:53**
**CLERK, USDC EDCA**

Civil Action No. Case 2:24-cv-03405-DC-SCR    Document 19    Filed 02/27/25    Page 5 of 5

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: **State of California**
was received by me on **February 10, 2025**

☐ I personally served the SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT on the individual at on

☐ I left the SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT at with , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☑ I served the SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT to Junie "Doe" (Asian, Male, 30 yrs, 6'0", Black Hair, Glasses), Reception, who is designated by law to accept service of process on behalf of State of California on (date) February 11, 2025 at 300 South Spring Street, Los Angeles, CA 90013; or

☐ other *(specify)*:

*My fees are $ for travel and $ for services, for a total of $ 80.74*

*I declare under penalty of perjury that this information is true.*

Date: **2/18/2025**

_____
*Server's signature*

**Anson Howard**
*Printed name and title*
**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.: PSC# 6410 / County: ORANGE**
*Server's Address*

Additional information regarding attempted service, etc.:

Brianne Brafford, et al. vs State of California, et al.

A0440-2413000