**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANN BRAFFORD; H.D.B.; and F.J.B., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:24-cv-03405-DC-SCRx <br><br> [*Honorable Dena M. Coggins*] <br> Mag. Judge Hon. Sean C. Riordan <br><br> **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

TO THIS HONORABLE COURT:

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of

1
PROOF OF SERVICE OF SUMMONS AND COMPLAINT

1  the Summons and Complaint on Defendant Michael Bolan (attached hereto as
2  Exhibit "A").
3
4  February 27, 2025                LAW OFFICES OF DALE K. GALIPO
5
6                                   By:  */s/ Marcel F. Sincich*
7                                        Dale K. Galipo
                                         Marcel F. Sincich
8                                        Attorney for Plaintiffs

# Exhibit A

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**Brianne Brafford , et al. ,**                                   CASE NO: 2:24–CV–03405–DC–SCR

        vs.                                   **SUMMONS IN A CIVIL CASE**

**State of California , et al. ,**

TO: **Michael Bolan**

Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on:

       **Marcel F. Sincich**
       **Law Offices of Dale. K. Galipo**
       **21800 Burbank Blvd, Suite 310**
       **Woodland Hills, CA 91367**

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you**, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
CLERK

**/s/  A. Woodson**
(By) DEPUTY CLERK

**ISSUED ON 2025–02–10 12:18:53**
**CLERK, USDC EDCA**

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE  2/18/2025 |
| NAME OF SERVER *(PRINT)*  **Rolanda Greene** | TITLE  **Process Server** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left:_
**Sandra Winnett, Office Assistant, authorized** person to accept service of process on behalf of Officer Michael Bolan at **5109 Tyler Street Sacramento, CA 95841**

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL  $ 80.74 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on         **2/27/2025**                    *Rolanda Greene*
                    Date                              *Signature of Server*

**Ace Attorney Service**
**800 South Figueroa Street, Suite 900 Los Angeles, CA 90017**
*Address of Server*