**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANN BRAFFORD; H.D.B.; and F.J.B.,<br><br>              Plaintiffs,<br><br>       v.<br><br>STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. 2:24-cv-03405-DC-SCRx<br><br>Assigned to:<br>Hon. District Judge Dena M. Coggins<br>Hon. Mag. Judge Hon. Sean C. Riordan<br><br>**AMENDED APPLICATION OF CORRINE KISTLER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF H.D.B.**<br><br>**[Fed. R. Civ. P. 17(c) and Cal. Code Civ. Proc. §373]**<br><br>[Consent of Nominee to Appointment as Guardian *Ad Litem* and Proposed Order *filed concurrently herewith*) |

AMENDED APPLICATION OF CORRINE KISTLER FOR APPOINTMENT AS GUARDIAN
AD LITEM FOR MINOR PLAINTIFF H.D.B.

## APPLICATION OF CORRINE KISTLER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF H.D.B.

1. H.D.B. is a minor Plaintiff in the above-referenced case.

2. H.D.B. was born on January 20, 2016, and is nine (9) years old.

3. I, Corrine Kistler, am the grandmother of minor Plaintiff H.D.B.

4. Minor Plaintiff H.D.B. has claims, as alleged in the complaint filed in the herein action, arising out of the violation of his civil rights and his father's civil rights. On September 17, 2022, officer(s) working for the State of California, California Highway Patrol, shot and killed decedent Travis Brafford, the natural father of minor Plaintiff H.D.B.

5. I, Corrine Kistler am not a plaintiff in this matter and have no interests potentially adverse to minor Plaintiff H.D.B.

6. I, Corrine Kistler am a resident of Orangevale, County of Sacramento, in the State of California.

7. I, Corrine Kistler am a responsible adult and fully competent to understand and protect the rights of said minor. *See* Consent of Nominee to Appointment as Guardian *ad litem* for H.D.B. filed concurrently herewith.

8. The minor Plaintiff H.D.B. is represented the Law Offices of Dale K. Galipo ("Attorneys"), which are attorneys authorized to practice in this Court and State. Attorneys represent Plaintiff in connection with the fatal officer-involved shooting of Travis Brafford on September 17, 2022, by California Highway Patrol Officer Michael Bolan, and all causes of action arising therefrom. Attorneys were first employed by Plaintiff by and through Briann Brafford, the mother of Plaintiff H.D.B. Attorneys did not become involved in this action at the instance of the party against whom the causes of action are asserted or an insurance carrier of that Defendant; neither directly nor indirectly. Outside of a representative capacity, Attorneys have no other relationship with Plaintiff H.D.B. Plaintiff H.D.B.'s Attorneys are neither employed by nor associated with Defendants or any insurance

AMENDED APPLICATION OF CORRINE KISTLER FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF H.D.B.

1 | carriers in connection with Defendants. Attorneys have not received any

2 | compensation from Plaintiff. Attorneys expect to receive compensation from

3 | Plaintiffs, pursuant to Plaintiffs' and Attorney's existing retainer agreement, on a

4 | contingency basis in the amount of 40% of recovery and reimbursement of advanced

5 | litigation costs, which shall be advanced by Attorneys and only reimbursed if there

6 | is a settlement or verdict in Plaintiff's favor in this matter.

7 |      Plaintiff therefore respectfully requests an order appointing Corrine Kistler as

8 | Guardian *ad litem* for minor Plaintiff H.D.B.

10 | DATED:    April 2, 2025    By: _____

11 |     Corrine Kistler, [proposed] guardian *ad litem*

12 | DATED:    April 2, 2025    **LAW OFFICES OF DALE K. GALIPO**

14 |     By:  */s/   Marcel F. Sincich*

15 |         Dale K. Galipo

16 |         Marcel F. Sincich
        *Attorneys for Plaintiffs*

AMENDED APPLICATION OF CORRINE KISTLER FOR APPOINTMENT AS GUARDIAN
AD LITEM FOR MINOR PLAINTIFF H.D.B.