**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIANN BRAFFORD; H.D.B.; and F.J.B., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:24-cv-03405-DC-SCRx <br><br> [*Honorable Dena M. Coggins*] <br> Mag. Judge Hon. Sean C. Riordan <br><br> **[PROPOSED] ORDER GRANTING APPLICATION OF CORRINE KISTLER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR H.D.B.** |

1

# [PROPOSED] ORDER GRANTING APPLICATION OF CORRINE KISTLER FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF H.D.B.

This Court, having reviewed and considered the Application of Grandmother Corrine Kistler for Appointment as Guardian *Ad Litem* for minor Plaintiff H.D.B.; and the Consent of Nominee of Grandmother Corrine Kistler for Appointment as Guardian *Ad Litem* for minor Plaintiff H.D.B., and good cause appearing, it is hereby ordered as follows: Grandmother Corrine Kislter is hereby appointed as Guardian *Ad Litem* for minor Plaintiff H.D.B.

**IT IS SO ORDERED.**

DATED:                                   _____

Honorable Dena M. Coggins
UNITED STATES DISTRICT COURT