**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANN BRAFFORD; H.D.B.; and F.J.B., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:24-cv-03405-DC-SCRx <br><br> [*Honorable Dena M. Coggins*] <br> Mag. Judge Hon. Sean C. Riordan <br><br> **DECLARATION OF MINOR PLAINTIFFS H.D.B. and F.J.B. BY AND THROUGH THEIR GUARDIAN *AD LITEM* CORRINE KISTLER, PURSUANT TO SECTION 377.32 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE** <br><br> [Death Certificate *filed concurrently herewith*) |

**DECLARATION OF PLAINTIFFS H.D.B. AND F.J.B., BY AND THROUGH THEIR GUARDIAN *AD LITEM*, CORRINE KISTLER, PURSUANT TO SECTION 377.32 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE**

I, CORRINE KISTLER, declare as follows:

1. I am a competent adult over the age of eighteen (18) years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein. I make this declaration as Guardian *Ad Litem* on behalf of minor Plaintiffs H.D.B. and F.J.B.

2. Decedent TRAVIS BRAFFORD, died on September 17, 2022, in the County of Placer, California.

3. I am the natural mother of Decedent's surviving wife, Plaintiff Briann Brafford, and the maternal grandmother of Decedent's children, Plaintiffs H.D.B. and F.J.B.

4. Minor Plaintiffs H.D.B. and F.J.B. each are the surviving natural children of the decedent.

5. No proceeding is now pending in California for administration of the decedent's estate. Further, no proceeding for admission of decedent's estate is pending in any other state court at this time.

6. The declarants, H.D.B. and F.J.B., by and through their Guardian *ad Litem*, CORRINE KISTLER, are the decedent's successors in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeed to the decedent's interest in the action or proceeding.

7. No other person has an equal or superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding besides the equal rights of Plaintiffs BRIANN BRAFFORD, H.D.B. and F.J.B.  Decedent has no other children besides minor Plaintiffs listed herein.

8. A certified copy of decedent's death certificate is attached hereto as Exhibit "A."

I, CORRINE KISTLER, individually and as Guardian *Ad Litem*, declares under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 14th day of May 2025, in Orangevale, California.

_____
Corrine Kistler as guardian *ad litem*