ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
LEEANN E. WHITMORE, State Bar No. 214870
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-7515
 Fax: (916) 322-8288
 E-mail: LeeAnn.Whitmore@doj.ca.gov
*Attorneys for Defendants State of California by and through the California Highway Patrol and Michael Bolan*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIANNE BRAFFORD; H.D.B.; and F.J.B.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; MICHAEL BOLAN; and DOES 2-10, inclusive,**<br><br>Defendants. | Case No.: 2:24-cv-03405-DC-SCB<br><br>**JOINT STIPULATION REGARDING MODIFICATION OF THE SCHEDULING ORDER AND [PROPOSED ORDER]**<br><br>Action Filed: September 13, 2024 |

TO THE CLERK OF THE COURT AND TO THE HONORABLE DENA COGGINS, UNITED STATES DISTRICT COURT JUDGE

The Court issued the original scheduling order on April 17, 2025. Dkt. 25. The parties have completed numerous depositions and written discovery. Defense counsel had a death of a family member on January 23, 2026. The current scheduling order has expert disclosures due on January 30, 2026, and rebuttal reports due on February 20, 2026, with expert discovery to be

1

completed by March 13, 2026. Plaintiffs' counsel has agreed to move the date for initial expert disclosure to February 13, 2026, rebuttal disclosures due on March 3, 2026, and expert discovery to be completed by March 27, 2026.

The parties by and through their respective counsel have agreed to modify the scheduling order dates to allow this discovery to take place as follows:

| Matter | Current Date | Requested New Date |
|---|---|---|
| Initial Rule 26 Expert Disclosure and Exchange of Initial Expert Reports | January 31, 2026 | February 13, 2026 |
| Rule 26 Rebuttal Expert Disclosure and Exchange of Rebuttal Expert Reports | February 20, 2026 | March 13, 2026 |
| Expert Discovery Closes | March 13, 2026 | March 27, 2026 |

Modification of the Court's scheduling order requires a showing of good cause, Fed. R. Civ. P. 16(b), and good cause requires a showing of due diligence, *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992). To establish good cause, the party seeking the modification of the scheduling order must generally show that even with the exercise of due diligence, they cannot meet the requirement of this order. *Id.* The court may also consider the prejudice to the party opposing the modification. *Id.* If the party seeking to amend the scheduling order fails to show due diligence the inquiry should end and the court should not grant the motion to modify. *Zivkovic v. Southern California Edison Co.,* 302 F.3d 1080, 1087 (9th Cir. 2002)

1  Here, the parties have diligently conducted discovery. However, due to the death of
2  defense counsel's family member, it was necessary to modify the dates for disclosure of experts
3  and the rebuttal reports.

4  The parties agree that the above modification of the scheduling order is necessary.

5  **IT IS SO STIPULATED.**

7  DATED: 1/29/26                    LAW OFFICES OF DALE K. GALIPO

10                                    By: /s/ Dale K. Galipo
                                          Dale K. Galipo
                                          Marcel Sincich
11                                        Attorneys for Plaintiffs Brianne Brafford,
                                          et al

13  DATED: 1/29/26                   ROB BONTA
                                      Attorney General of California
14                                    CATHERINE A. WOODBRIDGE
                                      Supervising Deputy Attorney General
15

17                                    By: /s/ LeeAnn E. Whitmore
                                          LEEANN E. WHITMORE
18                                        Deputy Attorney General
                                          Attorneys for Defendants State of California,
19                                        acting by and through the California Highway
                                          Patrol and Michael Bolan

24  SA2024305317
    39605613

3

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN: The Court, having reviewed the Stipulation of the parties regarding scheduling, and good cause appearing therefore, hereby modifies the scheduling order as follows:

| Matter | Current Date | Requested New Date |
| --- | --- | --- |
| Initial Rule 26 Expert Disclosure and Exchange of Initial Expert Reports | January 31, 2026 | February 13, 2026 |
| Rule 26 Rebuttal Expert Disclosure and Exchange of Rebuttal Expert Reports | February 20, 2026 | March 13, 2026 |
| Expert Discovery Closes | March 13, 2026 | March 27, 2026 |

IT IS SO ORDERED:

DATED: January ____, 2026

By: _____
The Honorable Dena Coggins
United States District Court Judge