1 ROB BONTA, State Bar No. 202668
 Attorney General of California
2 CATHERINE WOODBRIDGE, State Bar No. 186186
 Supervising Deputy Attorney General
3 LEEANN E. WHITMORE, State Bar No. 214870
 Deputy Attorney General
4  1300 I Street, Suite 125
  Sacramento, CA 95814
5  Telephone: (916) 210-7515
  Fax: (916) 322-8288
6  E-mail:  LeeAnn.Whitmore@doj.ca.gov
 *Attorneys for Defendants State of California by and*
7 *through the California Highway Patrol and Michael*
 *Bolan*

8

9     IN THE UNITED STATES DISTRICT COURT

10    FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

| | |
|---|---|
| 14 **BRIANNE BRAFFORD; H.D.B.; and F.J.B.,** | Case No.: 2:24-cv-03405-DC-SCR |
| 15 | |
| 16         Plaintiffs, | **JOINT STIPULATION REGARDING MODIFICATION OF THE SCHEDULING ORDER AND** |
| 17    v. | **[~~PROPOSED~~ ORDER]** |
| 18 | |
| 19 **STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL;** | |
| 20 **MICHAEL BOLAN; and DOES 2-10, inclusive,** | Action Filed:  September 13, 2024 |
| 21 | |
| 22        Defendants. | |

23   TO THE CLERK OF THE COURT AND TO THE HONORABLE DENA COGGINS,

24 UNITED STATES DISTRICT COURT JUDGE

25   The Court issued the original scheduling order on April 17, 2025. Dkt. 25.  The parties

26 have completed numerous depositions and written discovery.  Defense counsel had a death of a

27 family member on January 23, 2026. The current scheduling order has expert disclosures due on

28 January 30, 2026, and rebuttal reports due on February 20, 2026, with expert discovery to be

1

completed by March 13, 2026. Plaintiffs' counsel has agreed to move the date for initial expert

disclosure to February 13, 2026, rebuttal disclosures due on March 3, 2026, and expert discovery

to be completed by March 27, 2026.

The parties by and through their respective counsel have agreed to modify the scheduling

order dates to allow this discovery to take place as follows:

| Matter | Current Date | Requested New Date |
|---|---|---|
| Initial Rule 26 Expert Disclosure and Exchange of Initial Expert Reports | January 31, 2026 | February 13, 2026 |
| Rule 26 Rebuttal Expert Disclosure and Exchange of Rebuttal Expert Reports | February 20, 2026 | March 13, 2026 |
| Expert Discovery Closes | March 13, 2026 | March 27, 2026 |

Modification of the Court's scheduling order requires a showing of good cause, Fed. R.

Civ. P. 16(b), and good cause requires a showing of due diligence, *Johnson v. Mammoth*

*Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992). To establish good cause, the party seeking

the modification of the scheduling order must generally show that even with the exercise of due

diligence, they cannot meet the requirement of this order. *Id.* The court may also consider the

prejudice to the party opposing the modification. *Id.* If the party seeking to amend the

scheduling order fails to show due diligence the inquiry should end and the court should not grant

the motion to modify. *Zivkovic v. Southern California Edison Co.,* 302 F.3d 1080, 1087 (9th Cir.

2002)

1    Here, the parties have diligently conducted discovery. However, due to the death of

2    defense counsel's family member, it was necessary to modify the dates for disclosure of experts

3    and the rebuttal reports.

4    The parties agree that the above modification of the scheduling order is necessary.

5    **IT IS SO STIPULATED.**

6

7    DATED: 1/29/26                    LAW OFFICES OF DALE K. GALIPO

8

9
                                      By: _/s/ Dale K. Galipo_____
10                                         Dale K. Galipo
                                           Marcel Sincich
11                                         Attorneys for Plaintiffs Brianne Brafford,
                                           et al
12

13    DATED:  1/29/26                  ROB BONTA

14                                     Attorney General of California
                                       CATHERINE A. WOODBRIDGE
15                                     Supervising Deputy Attorney General

16
                                      By: _/s/ LeeAnn E. Whitmore _____
17                                         LEEANN E. WHITMORE
                                           Deputy Attorney General
18                                         Attorneys for Defendants State of California,
                                           acting by and through the California Highway
19                                         Patrol and Michael Bolan

20

21

22

23

24    SA2024305317
      39605613
25

26

27

28

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN:  The Court, having reviewed the Stipulation of the parties regarding scheduling, and good cause appearing therefore, hereby modifies the scheduling order as follows:

| Matter | Current Date | Requested New Date |
| --- | --- | --- |
| Initial Rule 26 Expert Disclosure and Exchange of Initial Expert Reports | January 31, 2026 | February 13, 2026 |
| Rule 26 Rebuttal Expert Disclosure and Exchange of Rebuttal Expert Reports | February 20, 2026 | March 13, 2026 |
| Expert Discovery Closes | March 13, 2026 | March 27, 2026 |

IT IS SO ORDERED:

DATED: February 9, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE