ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
LEEANN E. WHITMORE, State Bar No. 214870
Deputy Attorney General
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-7515
  Fax: (916) 322-8288
  E-mail: LeeAnn.Whitmore@doj.ca.gov
*Attorneys for Defendants State of California by and
through the California Highway Patrol and Michael
Bolan*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIANNE BRAFFORD; H.D.B.; and F.J.B.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; MICHAEL BOLAN; and DOES 2-10, inclusive,**<br><br>Defendants. | Case No.: 2:24-cv-03405-DC-SCB<br><br>**JOINT STATEMENT OF UNDISPUTED FACTS**<br><br>Date:      May 15, 2026<br>Time:      1:30 p.m.<br>Courtroom:  10<br>Judge:     Hon. Dena Coggins<br><br>Action Filed:  September 13, 2024 |

Pursuant to the Court's Scheduling Order the parties submit the following Joint Statement of Undisputed Facts. Dkt. 25.

1.     On September 17, 2022, California Highway Patrol (CHP) Officer Michael Bolan was on duty in his CHP uniform.

2.     Officer Bolan suspected Travis Brafford (Brafford) of being the driver of the vehicle that reportedly rear-ended Cherie Smith on Interstate 80 Eastbound, near the Bell Road exit.

1

3.    Officer Bolan initially responded to where Ms. Smith and witnesses to the accident were located on Interstate 80 Eastbound.

4.    Ms. Smith told Officer Bolan that she believed a White Jeep was speeding when it hit her.

5.    The only information Officer Bolan had regarding a description of the Jeep was that it was white and had front end damage.

6.    At approximately 1:00 p.m., Officer Bolan acknowledged a broadcast from CHP dispatch about a white Jeep driving recklessly on Bell Road that had pulled into a shopping center parking lot at 2700 Bell Road, Auburn, California and planned to respond because he believed that was the Jeep involved in the crash he was investigating.

7.    Officer Bolan arrived at the parking lot at approximately 1:11 p.m. He advised dispatch that he had located the Jeep and would be contacting the driver.

8.    Officer Bolan parked his patrol vehicle in front of the Jeep in the opposing stall to prevent the Jeep from pulling forward.

9.    A truck with a dumpster trailer was parked in the stall next to the Jeep.

10.   Officer Bolan observed Mr. Brafford standing next to the Jeep's driver's side door.

11.   Mr. Brafford attempted to walk away from him and Officer Bolan grabbed his sleeve to prevent him from walking away.

12.   Officer Bolan was attempting to determine Mr. Brafford's involvement in the earlier crash.

13.   Officer Bolan told Mr. Brafford that there was a crash and Mr. Brafford's vehicle was involved. He told Mr. Brafford to get his license and insurance. Mr. Brafford appeared to comply with the instruction and went back to his Jeep.

14.   Officer Bolan moved back to the left rear of the Jeep so that he was not between the Jeep and trailer parked in the next stall.

15.   Officer Bolan saw Mr. Brafford reaching into his vehicle and come out with a knife in his right hand.

2

16.     The knife had an approximately 3 inch blade.

17.     Officer Bolan drew his weapon and backed up in a northerly direction in the parking lot.

18.     He told Mr. Brafford to drop the knife and put the knife down multiple times.

19.     The knife remained in Mr. Brafford's right hand the entire time he was walking toward Officer Bolan who was backing up in the parking lot.

20.     Officer Bolan also told Mr. Brafford that he did not want to shoot him

21.     Officer Bolan backed into a parking stall and stumbled on a curb of a planter.

22.     Officer Bolan had 15 years of experience as a CHP officer.

23.     Officer Bolan aimed at Mr. Brafford's upper body.

24.     Officer Bolan fired two shots from his .40 caliber semi-automatic handgun.

25.     Officer Bolan shot Mr. Brafford twice in the Torso.

April 1, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General


/s/ *LeeAnn E, Whitmore*
LEEANN E. WHITMORE
Deputy Attorney General
*Attorneys for Defendants State of California by and through the California Highway Patrol and Michael Bolan*

SA2024305317
39643701

JOINT STATEMENT OF UNDISPUTED FACTS  (Case No.: 2:24-cv-03405-DC-SCB)