ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
LEEANN E. WHITMORE, State Bar No. 214870
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone:  (916) 210-7515
 Fax:  (916) 322-8288
 E-mail:  LeeAnn.Whitmore@doj.ca.gov
*Attorneys for Defendants State of California by and through the California Highway Patrol and Michael Bolan*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIANNE BRAFFORD; H.D.B.; and F.J.B.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; MICHAEL BOLAN; and DOES 2-10, inclusive,**<br><br>Defendants. | Case No. 2:24-cv-03405-DC-SCB<br><br>**DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:  May 15, 2026<br>Time:  1:30 p.m.<br>Courtroom:  10<br>Judge:  Hon. Dena Coggins<br><br>Action Filed:  September 13, 2024 |

Defendants State of California by and through the California Highway Patrol (CHP) and

Michael Bolan (Officer Bolan) submit the following undisputed facts in support of their motion

for summary judgment.

1

| SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS | |
|---|---|
| **STATEMENT OF FACTS** | **SUPPORTING EVIDENCE** |
| 1.  At approximately 12:40 p.m., a white Jeep rear-ended a vehicle driven by Cherie Smith on Interstate 80 eastbound near the Bell Road exit in Auburn, California. | 1.  Whitmore Decl. ¶ 3, Ex. 2, Cherie Smith Depo. (Smith Depo.) at pp. 10:10-17, 25-11:4, 12:12-20. |
| 2.  After the impact, the Jeep stopped in the center divider and drove off. | 2.  Ex. 2, Smith Depo. at pp. 13:9-10, 14:18-20. |
| 3.  Decedent attempted to walk away from Officer Bolan but Officer Bolan put his hand on his shoulder to prevent him from walking away. | 3.  Whitmore Decl. at ¶2, Ex. 1, Michael Bolan Depo. (Bolan Depo.) at p. 25:13-14. |
| 4. Officer Bolan believed Decedent  was likely intoxicated. | 4.  Ex. 1, Bolan Depo. at p. 27:15-16. |
| 5.  Officer Bolan was about 8 to 10  feet from Decedent when he first observed him with the knife. | 5.  Ex. 1, Bolan Depo. at p. 35:15-20. |
| 6. The knife was moving with the swing of his arm as Decedent was walking. | 6.  Ex. 1, Bolan Depo. at p. 41:18-25, 42:13-18, 54:5-15. |
| 7.  Decedent continued to advance toward Officer Bolan with the knife. | 7.  Whitmore Decl. ¶¶5-6.  Ex. 3, Cheryl Cunnigham Depo. (Cunnigham Depo) at p. 21:3-20, Ex. 4 Cunnigham Cell Phone Video at 0:01-0:08.[1] |
| 8. Decedent was about 8 to 10 feet from Officer Bolan walking toward Officer Bolan who continued to walk backwards. | 8.  Ex. 1, Bolan Depo. at pp. 36:8-18; 53:10-17. |
| 9. It appeared that Decedent was closing the distance between them. | 9. Ex. 1, Bolan Depo. at pp. 47:21-48:2, |
| 10.  Officer Bolan was aware that there was a building somewhere behind him and that at some point he would be in the thoroughfare where vehicles travel through the parking lot. | 10.  Ex. 1, Bolan Depo. at pp. 37:23-38:5. |
| 11.  A bystander who was twenty feet away also told Decedent to listen to Officer Bolan and drop the knife. | 11. Ex. 1, Bolan Depo. at p. 52:5-10. |
| 12.  Officer Bolan told Decedent "I don't want to shoot you" as a verbal warning. | 12.  Ex. 1, Bolan Depo. at pp. 50:5-6, 64:1-8. |
| 13.  Officer Bolan regained his balance and stood in the planter area. | 13. Ex. 1, Bolan Depo. at p. 40:14-15. |

[1] The times listed in the Cheryl Cunnigham video are the times incidents take place while the file is played.

2

| | |
|---|---|
| 14. Decedent continued to advance toward Officer Bolan with the knife in his right hand, blade extended outward, closing the distance between them. | 14. Ex. 1, Bolan Depo. at pp. 42: 1-4, 50:10-13, 65:12-17, Ex. 5, CAC Fitness Gym Video at 0:00:20-0:00:24. |
| 15. Officer Bolan believed that Decedent posed an imminent threat to his safety because he was getting closer to him with the knife, with the blade extended. | 15. Ex. 1, Bolan Depo. at pp. 50:14-17, 65:5-6. |
| 16. Because Officer Bolan feared for his safety/life because be believed that Decedent posed an imminent threat to his safety because he was getting closer to him with the knife, with the blade extended. | 16. Ex. 1, Bolan Depo. at pp. 50:14-17, 65:5-6. |
| 17. Decedent was approximately 6 feet away from Officer Bolan when Officer Bolan fired. | 17. Ex. 1, Bolan Depo. at p. 48:3-17. |

Dated: April 2, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General


/s/ *LeeAnn E, Whitmore*
LEEANN E. WHITMORE
Deputy Attorney General
*Attorneys for Defendants State of California by and through California Highway Patrol and Michael Bolan*

SA2024305317
39678985

3