ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
LEEANN E. WHITMORE, State Bar No. 214870
Deputy Attorney General
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-7515
  Fax: (916) 322-8288
  E-mail: LeeAnn.Whitmore@doj.ca.gov
*Attorneys for Defendants State of California by and
through the California Highway Patrol and Michael
Bolan*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIANNE BRAFFORD; H.D.B.; and F.J.B.,**<br><br>                         Plaintiffs,<br><br>    **v.**<br><br>**STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; MICHAEL BOLAN; and DOES 2-10, inclusive,**<br><br>                      Defendants. | Case No.: 2:24-cv-03405-DC-SCB<br><br>**DEFENDANTS' NOTICE OF SUBMISSION OF ELECTRONIC EVIDENCE** [L. R. 138(l)]<br><br>Date:         May 15, 2026<br>Time:        1:30 p.m.<br>Courtroom:  10<br>Judge:      Hon. Dena Coggins<br><br>Action Filed:  September 13, 2024 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants State of California, by and through the California Highway Patrol, and Michael Bolan are submitting to the Court as required under Local Rule 138(l), the following electronic evidence:

1.  Exhibit 4 Relevant footage from Cheryl Cunnigham's cell phone video recorded on September 17, 2022.

2.  Exhibit 5 Relevant footage from the CAC Fit camera recorded on September 17, 2022.

1

This electronic evidence is submitted in support of Defendants' motion for summary judgment. Copies of this electronic evidence is being served on the parties via a downloadable link.

Dated:  April 2, 2026                                   Respectfully submitted,

                                                        ROB BONTA
                                                        Attorney General of California
                                                        CATHERINE WOODBRIDGE
                                                        Supervising Deputy Attorney General


                                                        /s/ *LeeAnn E. Whitmore*
                                                        LEEANN E. WHITMORE
                                                        Deputy Attorney General
                                                        *Attorneys for Defendants State of California*
                                                        *by and through the California Highway*
                                                        *Patrol and Michael Bolan*

SA2024305317
39732156

# Exhibit 4

## Cell Phone Video

# Exhibit 5
# CAC Fitness Video