ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
LEEANN E. WHITMORE, State Bar No. 214870
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-7515
 Fax: (916) 322-8288
 E-mail: LeeAnn.Whitmore@doj.ca.gov
*Attorneys for Defendants State of California by and*
*through the California Highway Patrol and Michael*
*Bolan*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIANNE BRAFFORD; H.D.B.; and F.J.B.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; MICHAEL BOLAN; and DOES 2-10, inclusive,**<br><br>Defendants. | Case No.: 2:24-cv-03405-DC-SCB<br><br>**DEFANDANTS' NOTICE OF LODINGS DEPOSTIONS IN ELECTRONIC FORMAT WITH THE COURT [L.R. 133(j)]**<br><br>Date:      May 15, 2026<br>Time:      1:30 p.m.<br>Courtroom:  10<br>Judge:      Hon. Dena Coggins<br><br>Action Filed:  September 13, 2024 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants State of California, by and through the California Highway Patrol and Michael Bolan lodged with the Court, as required under Local Rule 133(j), electronic copies of the following deposition transcripts taken in this matter:

1. Michael Bolan, June 4, 2025

2. Cherie Smith, January 16, 2026

3. Cheryl Cunnigham, December 3, 2025

1

Excerpts of these depositions are attached as exhibits to the declaration of LeeAnn Whitmore in support of Defendants' motion for summary judgment. If the Court wishes a paper copy of any transcript, please contact the undersigned.

Dated: April 2, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General


/s/ LeeAnn E, Whitmore
LEEANN E. WHITMORE
Deputy Attorney General
Attorneys for Defendants State of California by and through the California Highway Patrol and Michael Bolan

SA2024305317
39732209