**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
LEEANN E. WHITMORE, State Bar No. 214870
 Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7515
 Fax:  (916) 322-8288
 E-mail:  LeeAnn.Whitmore@doj.ca.gov

*Attorneys for Defendants State of California by and through the California Highway Patrol and Michael Bolan*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNE BRAFFORD; H.D.B.; and F.J.B., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL; MICHAEL BOLAN; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: **2:24-CV-03405-DC-SCR** <br><br> [*Honorable Dena M. Coggins*] <br> Mag. Judge Hon. Sean C. Riordan <br><br> **STIPULATION TO DISMISS CERTAIN CLAIMS** |

**TO THE HONORABLE COURT:**

Plaintiffs BRIANNE BRAFFORD; H.D.B. and F.J.B. by and through their Proposed Guardian *ad litem*, Corrine Kistler; individually and as successors in interest to TRAVIS BRAFFORD, deceased (hereinafter "Plaintiffs") and Defendant STATE OF CALIFORNIA, by and through, CALIFORNIA HIGHWAY PATROL ("CHP") and MICHAEL BOLAN (hereinafter "Defendant"), by and through their attorneys of record, hereby stipulate as follows:

After the parties meet and confer efforts in anticipation of Defendants pending motion for summary judgment, in an effort to compromise, Plaintiffs have decided to voluntarily dismiss their denial of medical care claim and failure to intervene claim.

IT IS SO STIPULATED.

**Respectfully submitted,**

DATED:  April 3, 2026          **LAW OFFICES OF DALE K. GALIPO**


By: */s/        Marcel F. Sincich*
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq. [1]
*Attorneys for Plaintiffs*


DATED:  April 3, 2026          ROB BONTA Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General


By: */s/        LeeAnn E. Whitmore*
LEEANN E. WHITMORE
Deputy Attorney General
*Attorneys for Defendants State of California
by and through the California Highway
Patrol and Michael Bolan*

---

[1] I, Marcel F. Sincich, hereby attest that all the signatories listed, and on whose behalf the filing is submitted, concur in the content of this Joint Stipulation and have authorized its filing.