**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax:    (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANN BRAFFORD; H.D.B.; and F.J.B., | Case No. 2:24-cv-03405-DC-SCRx |
| Plaintiffs, | [*Honorable Dena M. Coggins*]<br>Mag. Judge Hon. Sean C. Riordan |
| vs. | **DECLARATION OF MARCEL F. SINCICH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| STATE OF CALIFORNIA (by and through California Highway Patrol); MICHAEL BOLAN; and DOES 2-10, inclusive, | |
| Defendants. | [*Filed concurrently with* Plaintiffs' Points and Authorities in Opposition to Summary Judgment, Response to Defendants' Statement of Undisputed Facts, and Plaintiffs' Additional Undisputed Facts] |
| | Hearing:    May 15, 2026<br>Time:        01:30 p.m.<br>Crtrm:       10 |

-1-                                Case No.: 2:24-cv-03405-DC-SCRx
SINCICH DECLARATION IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

### DECLARATION OF MARCEL F. SINCICH

I, Marcel F. Sincich, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Eastern District of California. I am one of the attorneys of record for the Plaintiffs. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as "**Exhibit A**" is a true and correct copy of the relevant portions of the June 4, 2025, Deposition Transcript of Defendant Officer Michael Bolan ("**Exh. A, Bolan Depo**").

3. Attached hereto as "**Exhibit B**" is a true and correct copy of the relevant portions of the September 20, 2022, Transcript of the Interview of Defendant Officer Michael Bolan ("**Exh. B, Bolan Statement**").

4. Attached hereto as "**Exhibit C**" is a true and correct copy of Defendant Officer Michael Bolan's Dash Camera Video, depicting a portion of this incident where Officer Bolan is speaking with Brafford and puts his hand on Brafford's chest, which was produced by Defendants during discovery ("**Exh. C, Bolan Video 1**"). Electronic file submitted pursuant to Local Rule 138(l).

5. Attached hereto as "**Exhibit D**" is a true and correct copy of Defendant Officer Michael Bolan's Dash Camera Video, depicting the initial portion of the walking portion of the incident, which was produced by Defendants during discovery ("**Exh. D, Bolan Video 2**"). Electronic file submitted pursuant to Local Rule 138(l).

6. Attached hereto as "**Exhibit E**" is a true and correct copy of the Cheryl Cunningham Cell Phone Video, depicting a portion of the incident up to the officer-involved shooting, which was produced by Defendants during discovery ("**Exh. E, Cell Video**"). Electronic file submitted pursuant to Local Rule 138(l).

7. Attached hereto as "**Exhibit F**" is a true and correct copy of the CAC Fitness Surveillance Video, depicting a portion of the incident up to the officer-involved shooting, which

was produced by Defendants during discovery ("**Exh. F, CAC Video**"). Electronic file submitted pursuant to Local Rule 138(l).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 16th day of April 2026.

_____
Marcel F. Sincich

SINCICH DECLARATION IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT