# EXHIBIT B

TRANSCRIPTION OF RECORDED INTERVIEW

OF

MIKE BOLON

SEPTEMBER 20, 2022

ROSEVILLE, CALIFORNIA

Interviewed by:    Investigator Bryan Merkel,

Sergeant Joe Phipps,

CALIFORNIA HIGHWAY PATROL

The record reflects all relevant statements and conversations occurring during the course of the interrogation, but is not verbatim.  For clarity, superfluous words, phrases, verbal pauses and/or inaudible tones have been eliminated.

-1-

MIKE BOLON                                      SEPTEMBER 20, 2022

CONFIDENTIAL

CHP 00183

and like I said, it lapsed.

Merkel: What about any formal training with like tactical comms or any de-escalations tactics?

Bolon: Just whatever required training we go through with things like that.

Merkel: On the internet portal or whatever?

Bolon: Yeah. Whatever we, you know, the POST stuff or --

Merkel: Oh.

Bolon: -- whatever we go through.

Merkel: Any other law enforcement or military experience?

Bolon: No, sir.

Merkel: Okay. So, in your life, career or personal-wise, any other -- any prior significant events that may have shaped you or affected you up to this day?

Bolon: I don't know what you're looking for there. I got hit by a car in December of 2018. So, that kind of changed me a little bit.

Merkel: On the job?

Bolon: Yeah.

Merkel: Oh, ouch.

Bolon: So, yeah, it changed how I move and how I

-11-

MIKE BOLON                                        SEPTEMBER 20, 2022

CONFIDENTIAL

CHP 00193

duty again.

Merkel: How you feeling now or physically, like, the Achilles is healed and all the injuries?

Bolon: Yeah. It's, no, I mean, it is what it is.

Merkel: Yeah.

Bolon: So, it's, you know, I've lost mobility in my leg. I don't know if you've seen videos of this, but that's -- my speed you see me moving is -- that's me.

Merkel: Got it.

Bolon: So, yeah, I have maybe -- or, I have limited mobility in my foot. So, most people can lift their foot about 15 degrees. I can lift mine about four on a good day. So, I have a little bit of -- I can still do the job. But I --

Merkel: Yeah.

Bolon: -- I can do it like I did when I was in my 20s or 30s or --

Merkel: Well, we certainly admire your ability to come back from that.

Bolon: Thank you.

Merkel: I mean, that's -- I've hurt my Achilles

-13-

MIKE BOLON                                    SEPTEMBER 20, 2022

CONFIDENTIAL

CHP 00195

Bolon: I'm not -- I'd have to look at a calendar. Whatever day we went on tac alert, do you know those days?

Walker: (No audible response),

Bolon: The day we went on tac alert, I was already working overtime, so it would have been the day before that, so I'm not sure.  Can I look at a calendar or --

Merkel: Yeah.  I'm just -- just like how many days consecutive have you been working?

Bolon: Maybe --

Walker: Because, what, you'd just come from RDOs?

Bolon: Yeah.  So, maybe the -- it might have been the 6th was my last day off because I worked overtime on the 7th and then I think we had tac alert through the 8th.

Walker: Correct.

Bolon: So, probably --

Merkel: A good --

Bolon: -- September 6th.

Merkel: So, a good 10, 11 days you've been --

Bolon: Yeah.

Merkel: -- been on? Dang.  So, the last shift worked prior was the 06 to 1800 the day before, correct?  Or were you held over for

-17-

MIKE BOLON                          SEPTEMBER 20, 2022

CONFIDENTIAL

somewhere around 193 or something like that on 80 and I hear her call. I think it came out as a 20002 with the victim standing by on the Bell Road off. So, I diverted to that and showed up there.

Merkel: Okay.

Phipps: Just for clarification, 20002, what?

Bolon: It was a misdemeanor hit and run.

Phipps: And when you say -- what does that -- misdemeanor hit and run what does that encompass (inaudible) to?

Bolon: Property damage only at that time.

Merkel: So, that was -- so, let's, we're going to transition into the incident now. So, that was the initial call that you got?

Bolon: Correct.

Merkel: What other info was being broadcast to you?

Bolon: So, upon my arrival at the 20002, there was the victim in a black Porsche Macan or Macan or however --

Merkel: Uh-huh.

Bolon: -- you pronounce it, SUV. And then there was a male and a female witness to that crash. They both related essentially the same information, that this white Jeep was

-37-

CONFIDENTIAL

CHP 00219

kind of spoke. So, I don't know what exactly the witness saw and the victim saw. I feel like they probably got diluted because one was talking to the other.

Merkel: Uh-huh.

Bolon: Both said that there was two individuals in this vehicle. I think it was the witness said the driver, they believe, was a White male, 30s to 40s and bald. So, at the scene, while I'm talking to the victim, I start hearing -- I believe it was a 23103 broadcast, I believe. And I think they gave a license plate at that time of HDIs. And it was a white Jeep and I believe they said someone followed it over to this Applebee's where I ended up finding it. And I didn't have time or I don't recall reading the log and getting all the details. But I feel like they said that someone followed this vehicle over there and provided a license plate at that time.

Merkel: So, as you're rolling to the initial hit-and run-call, you're getting all this other information through dispatch, as far as the description of the driver, the vehicle,

Commented [BA3]: HDEYES

-39-

MIKE BOLON                                    SEPTEMBER 20, 2022

CONFIDENTIAL

CHP 00221

description of the plate?

**Bolon:** Not upon the initial call. I think the initial call said it was maybe a three vehicle because of the victim pulling over. Someone maybe had mistaken it. But it was just initially a 20002.

**Merkel:** Okay.

**Bolon:** I didn't have follow-up there on scene. Neither the victim or the witness was able to provide a license plate. Just a white Jeep.

**Merkel:** So, you were responding to the victim initially.

**Bolon:** Correct.

**Merkel:** And then you diverted when?

**Bolon:** I didn't divert. I got all of her stuff. I finished up on scene.

**Merkel:** Oh, you did. Okay. All right.

**Bolon:** And then I responded. It was --

**Merkel:** And then you got the other broadcast about possible where this vehicle is --

**Bolon:** Correct.

**Merkel:** -- located?

**Bolon:** Yeah.

**Merkel:** Okay. Did you formulate a plan prior to

-40-

MIKE BOLON                                    SEPTEMBER 20, 2022

**CONFIDENTIAL**

**CHP 00222**

your arrival when you're going to meet this Jeep Wrangler?

Bolon: No. I mean --

Merkel: Like what were your thoughts going through your head?

Bolon: I guess my thoughts were -- so, upon -- at the scene, the victim said she had a headache and a complaint of pain. So, I don't have sympathy for drunk drivers after getting hit by one. So, at this point, I don't care if it's complaint of pain or what. It's a 20001.

Merkel: Uh-huh.

Bolon: And just from training and experience, this kind of has all the makings of a deuce crash, DUI crash. So, I'm thinking that's what I'm going to go find is probably a DUI crash waiting for me. But I don't have a plan. I don't, you know, I don't know how the guy's parked. I don't know if he's still there.

Merkel: Uh-huh.

Bolon: I just know that someone says the vehicle is there. So, I mean --

Phipps: Does that change what you're now

-41-

MIKE BOLON                                    SEPTEMBER 20, 2022

CONFIDENTIAL

CHP 00223

had those.  It just, you know, sounds like it was a DUI crash waiting for me.

**Merkel:** Okay.  Still good?

**Bolon:** Yeah.

**Merkel:** Sure.

**Bolon:** I just want to plow through.

**Merkel:** All right.  I'm going to get some water.

All right.  So, now we'll talk about the incident in particular.  Using your own words, please describe in detail --

**Bolon:** Yeah.

**Merkel:** -- from the beginning to the end and as much detail as you can.

**Bolon:** Sure.

**Merkel:** Take your time, all right?

**Bolon:** So, I don't know if we have a map or if I can pull it up, but I pull into the parking lot and I see the white Jeep.  And as we get closer, I can -- or as I get closer, I can see there's damage to the vehicle.  The witness and victim both said this thing was smoking as it fled the scene.  I arrive.  I don't see any smoke coming from the vehicle, but I can see it's clearly damaged.  Its windshield is cracked.  And I believe Mr.

-43-

MIKE BOLON                          SEPTEMBER 20, 2022

**CONFIDENTIAL**

**CHP 00225**

walking away kind of, I guess, east through the parking lot. And I feel like we're kind of between the trailer and the truck at that point. And as he tries walking away, I place my hand on his chest, quite lightly. And he says, you know, did you touch me? And I said, yeah, I touched you. You know, you had just plowed into someone. I want your license and all that stuff. And at this point, I could see, it looked like he had a welt on his head and other dried blood on his face from the accident or crash or -- so, at that point, he walks -- it seemed like he was, you know, going to comply. He kind of walks back to his Jeep. And since it was, you know, he's kind of milling around and maybe tried leaving, I don't remember consciously thinking it, but I switched spots. I went back to the back of his vehicle. If I'm going to get into a fight, because of my leg, I know I can't really squat down and it's -- when I bend, it's almost like a curtsey. Like I have to kick my leg out --

Merkel:    Uh-huh.

-45-

MIKE BOLON                    SEPTEMBER 20, 2022

CONFIDENTIAL

CHP 00227

It was a -- I don't know the time elapsed, but it was lonely feeling.  Like I told Kelly and even earlier, I was like, I've never been so happy to see another officer. Like --

Merkel:    Sure.

Bolon:    -- I kept -- I felt like I kept poking my head up when I'd hear sirens coming because I wanted them to see me because I don't want them to park by my car because I'm not by my car.  I'm probably 75 feet away or so.  Like I want them to come to me.

Merkel:    Okay.  When you were trying to communicate with Mr. Bradford, how was he responding or was he responding?  Was there anything -- did he verbalize anything back at you?

Bolon:    Prior to the shooting?

Merkel:    Yeah.  Like from the initial encounter to where you're backing up.

Bolon:    So --

Merkel:    To where the force was used.

Bolon:    -- at some point, I only remember him saying something along the lines like, what are you going to do, or what are you going to do, shoot me, or something along those lines.  I

-55-

MIKE BOLON                              SEPTEMBER 20, 2022

CONFIDENTIAL

CHP 00237

or an accident or whatever. And, you know, at some point, I asked if he was okay. Because I could see the dried blood on his face and stuff. And I think he kind of -- I'm assuming, he kind of figured out what was up at that point and that's kind of when he tried to start walking away. And I don't remember which hand I put on his chest, probably my right. But it was a very -- wasn't like a shove or it wasn't -- it was very light. Like he just hit and kind of stopped. And at that point, he asked if I'd put my hand on him or if I touched him or something like that. And I said, yeah. You know, you just plowed into someone. You just hit someone with your car. And you didn't hang out and now here we are. And that I wanted to see his license and that sort of thing.

Merkel: What was his reaction? Did he like just swipe your hand off him or?

Bolon: He didn't swipe.

Merkel: Did he puff up?

Bolon: I feel like I remember him kind of like stopping and I feel like he kind of put his

-61-

MIKE BOLON                        SEPTEMBER 20, 2022

CONFIDENTIAL

CHP 00243

hands up and was kind of like, okay. But there was no push back. It seemed like there was tension and then it seemed like it was kind of over. Because I feel like I said earlier, it seemed -- there was like hey, I'm going to maybe need another unit or -- and then it seemed like okay, he's kind of calming down or maybe kind of resigned to the fact that, hey, okay, I'm caught or something along those lines. It seemed to have mellowed out fairly quickly where he did what I asked when I asked him, or I thought he was going to do what I asked when I asked him to go get his license out of his car or his Jeep.

Merkel: And that's when you repositioned behind the Jeep?

Bolon: Correct. And I don't remember thinking, hey, let me get out of here. I know I'm not quick anymore. And I know I don't like being between cars or not having a way out anymore because I -- again, I'm not terribly quick. And I assume that's probably -- that's always in my head, but I assume that's probably some of my thinking. I

-62-

MIKE BOLON                                    SEPTEMBER 20, 2022

CONFIDENTIAL

CHP 00244

don't recall specifically thinking at the time, I just know I didn't want to be in between these Jeeps if it did -- the Jeep and the truck and the trailer if it did go sideways again, if I'm going to get into a fight.

Merkel:    So, was that thought going through your head?

Bolon:     That?

Merkel:    That this could escalate?

Bolon:     Right.  So, he seemed to be kind of up and down from the -- I mean, I don't know how long this encounter occurred before.  Maybe 20, 30 seconds or so.  Contacted him before he produced the knife.  But it seemed like his demeanor was kind of agitated at first. And then, I believed he was doing what I asked when I asked him to go back to his car to produce his license.  He seemed to be -- at the time, I thought he was doing what I asked him to do.

Merkel:    And that's when he reached in and pulled the knife?

Bolon:     Correct.

Phipps:    When you first contact Mr. Bradford, you

-63-

MIKE BOLON                          SEPTEMBER 20, 2022

CONFIDENTIAL

CHP 00245

to drop the knife to put the knife down or to stop. I felt like as I'm walking backwards I'm doing a fairly good job of maintaining what I felt like was a, you know, a parking stall width distance. You know, eight to ten feet or so. As I'm walking backwards, you know, he's, I don't want to say hurriedly, but he's just -- he keeps coming. He doesn't stop. He's not listening. I see the witness out there. I see the guy look at -- or Mr. Bradford look at the witness. You know, he also has the ability not only to harm me or kill me, he has the opportunity and ability to do that to the witness there. I saw videos and I didn't know at the time, but there was people out there filming, I think, from the gym who were also outside. I feel like I'm doing a fairly good job or as good of a job as I can walking backwards and keeping a distance between me and Mr. Bradford. Once my heels hit this curb, Mr. Bradford is still ignoring my commands to stop or drop the knife or whatever I'm saying, and he's still closing the distance. He's taking

-68-

MIKE BOLON                                    SEPTEMBER 20, 2022

CONFIDENTIAL

CHP 00250

and follow-up question. You mentioned earlier you had some tactical communication and de-escalation training required by law and provided to you by the department. In that training, does it require the other person in the encounter to do anything to be successful?

Bolon:    I would say, no. We don't -- we can't control what they do. I can give him commands or, you know, and it's kind of up to him if he's going to follow them or do it.

Griffin:    Okay. And then, you had mentioned just now that this reminded you of -- this situation you encountered reminded you of earlier training with the MERP unit. And you probably don't know what MERP stands for, but if you do --

Bolon:    I forget.

Griffin:    Okay.

Bolon:    I don't know.

Griffin:    What were you going to say?

Bolon:    I don't know. I was going to say mental illness something, something.

Griffin:    Okay. So, you had some sort of scenario-

Commented [BA9]: Phipps

Commented [BA10]: MIRP

Commented [BA11]: MIPR

Commented [BA12]: Phipps

Commented [BA13]: Phipps

Commented [BA14]: Phipps

-71-

MIKE BOLON                                        SEPTEMBER 20, 2022

**CONFIDENTIAL**

**CHP 00253**

based training with mentally ill (inaudible)?

Bolon:    So, no.

Griffin:    Okay.

Commented [BA15]: Phipps

Bolon:    So, when I was headquarters, I was in the Office of the Special Representative and we would give tours of the academy to various legislative members and that sort of thing. There was a time or I think it was McCarthy or McCartney (phonetic) or something. He came there. And I had to give him a tour of the academy. And he specifically wanted to see that training, that MERP, the sort of simulation training.

Commented [BA16]: MIRP

Griffin:    Okay.

Commented [BA17]: Phipps

Bolon:    And he was participating in this scenario where, I think it was a guy with a baseball bat or something along those lines. And I never recall ever doing the training. But seeing him do it and seeing the kind of reaction the, you know, video would have when someone did something, it was -- it reminded me of that.

Griffin:    Okay. And then, that was the threat was over at that point.

Commented [BA18]: Phipps

-72-

MIKE BOLON                                          SEPTEMBER 20, 2022

CONFIDENTIAL

CHP 00254

TRANSCRIBER'S CERTIFICATE

STATE OF CALIFORNIA      )
                         )  ss.
COUNTY OF SACRAMENTO     )

This is to certify that I transcribed the foregoing pages 1 to 77 to the best of my ability from digital recording(s) provided to me by, CHP, Valley Division. Digital recording(s) were received by Foothill Transcription Company on October 21, 2022.

I have subscribed this certificate at Elk Grove, California, this 31st day of October, 2022.

*Kim M. Visee*

Kim Visee
Foothill Transcription Company

--o0o--

-78-

MIKE BOLON                          SEPTEMBER 20, 2022

CONFIDENTIAL

CHP 00260