# EXHIBIT C

Exh. C - Bolan Video 1.mpg

Manually Filed