# EXHIBIT D

Exh. C - Bolan Video 2.mpg

Manually Filed