# EXHIBIT E

Exh. C - CAC Video.avi

Manually Filed