# EXHIBIT F

Exh. C - Cell Video.MOV

Manually Filed