**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax:    (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANN BRAFFORD; H.D.B.; and F.J.B., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA (by and through California Highway Patrol); MICHAEL BOLAN; and DOES 2-10, inclusive, <br><br> Defendants. | Case No. 2:24-cv-03405-DC-SCRx <br><br> [*Honorable Dena M. Coggins*] <br> Mag. Judge Hon. Sean C. Riordan <br><br> **NOTICE OF MANUAL FILING** <br><br> [*Filed concurrently with* Plaintiffs' Points and Authorities in Opposition to Summary Judgment; Response to Defendants' Statement of Undisputed Facts, and Plaintiffs' Additional Undisputed Facts] <br><br> Hearing:    May 15, 2026 <br> Time:        01:30 p.m. <br> Crtrm:       10 |

NOTICE OF MANUAL FILING

Please take notice that plaintiff Brianne Brafford has manually filed the following exhibits not conducive to electronic filing:

Exhibits to the Declaration of Marcel F. Sincich:

Exhibit C - Bolan Video 1.mpg

Exhibit D - Bolan Video 2.mpg

Exhibit E - CAC Video.avi

Exhibit F - Cell Video.MOV

The recordings have been manually served on all parties.

DATED:  April 16, 2026                    **LAW OFFICES OF DALE K. GALIPO**


By:        */s/ Marcel F. Sincich*
                 Dale K. Galipo, Esq.
                 Marcel F. Sincich, Esq., *Attorney for Plaintiffs*